# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 06-248 | MAGIS. NO: |
| SEALED v.<br>JORGE RICARDO BARDALES BOURDET, et, al. | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>Juan Doe #5<br>a/k/a Edwin Renee Sapon Ruiz | |
| DOB:       PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: **INDICTMENT** | DISTRICT OF ARREST | FILED<br>SEP 28 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO IMPORT FIVE KILOGRAMS OR MORE OF COCAINE INTO THE UNITED STATES;

AIDING AND ABETTING;

ASSET FORFEITURE

Count 2 and Asset Forfeiture

UNITED STATES CODE TITLE & SECTION:

IN VIOLATION OF:   21:960 and 963; 18:2; and 21:853 and 970

| BAIL FIXED BY COURT:<br>HWOB | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>MAGISTRATE JUDGE KAY | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE ALAN KAY | DATE ISSUED:<br>August 17, 2006 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK | DATE:<br>8/17/06 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 8-17-06 | NAME AND TITLE OF ARRESTING OFFICER<br>Stephenie K. Owens<br>Deputy U.S. Marshal | SIGNATURE OF ARRESTING OFFICER Stephen K. O— | |
|---|---|---|---|
| HIDTA   Yes   No X | | OCDETF CASE: | Yes   No X |
| CASE: | | | |