UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 0 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALVARO AUGUSTIN-MEJIA<br>a/k/a Juan Doe<br>a/k/a Edwin Renee Sapon Ruiz<br><br>Defendant. | Criminal Action No. 06-248 (JDB) |

### ORDER

Upon consideration of the motion of defendant Alvaro Augustin-Mejia, it is hereby ORDERED that:

1. Defendant Augustin-Mejia (D.C.D.C. No.         '; date of birtl        shall be transported to the D.C. Correctional Treatment Facility; and

2. Defendant should be placed in general population.

SO ORDERED.

/s/ John Bates
JOHN D. BATES
United States District Judge

Date: October 6, 2006

