UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 06-248 (JDB) |
| | ) | |
| JUAN DOE | ) | |
| _____ | ) | |

NOTICE OF APPEARANCE

THE CLERK OF THE COURT WILL PLEASE NOTE that the undersigned counsel has been appointed to represent defendant pursuant to the Criminal Justice Act.

Respectfully submitted,

_____
Elise Haldane #242826
303 E Street, NE
Washington, DC 20002
202/659-8700