UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | 06-248 (JDB) |
| ) | |
| JUAN DOE ) | |
| _____) | |

**DEFENDANT'S MOTION TO ADOPT AND CONFORM MOTIONS**

Defendant, Juan Doe, through counsel, Elise Haldane, respectfully moves this Court to permit him to adopt and conform the following motions filed by codefendant Juan Del Cid Morales:

Motion to Suppress Statements (Document 23)

Motion for Bill of Particulars (Document 24)

Motion to Sever Counts (Document 25)

As the facts and legal arguments set forth in the foregoing motions are equally applicable to defendant Juan Doe, the granting of this motion will serve the interests of justice and judicial economy.

WHEREFORE, for the foregoing reasons, the defendant respectfully moves this Court to permit him to adopt and conform the aforesaid motions.

Respectfully submitted,


_____/s/_____
Elise Haldane #242826
303 E Street, NE
Washington, DC 20002
202/659-8700
Counsel for Juan Doe