UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 06-248 (JDB) |
| | ) | |
| JUAN DOE | ) | |
| _____ | ) | |

**ORDER**

Upon consideration of defendant's Motion to Adopt and Conform Motions (Documents 23, 24, and 25), it is, this _____ day of _____, 2007, hereby

ORDERED that the Motion shall be, and hereby is

GRANTED.

_____
JOHN D. BATES
DISTRICT COURT JUDGE