UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

ERIK DONAIRE CONSTANZA BRAN

and

JUAN DANIEL DEL CID MORALES

and

ALVARO RENE AUGUSTIN MEJIA

Criminal No. 06-248 (JDB)

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S
MOTION TO SEVER COUNTS**

The United States of America, by and through counsel, respectfully opposes defendant Juan Del Cid Morales' motion to sever counts of the indictment, for those reasons as more fully outlined below, and respectfully moves this Court for an order denying the defendant's motion.

**FACTS**

Defendant Del Cid is charged in count two of the indictment, charged with conspiracy to import five kilograms or more of cocaine into the United States. 21 U.S.C. 960 and 963. He is not charged in count one of the indictment, which only charges defendants Bardales Bourdet and Chiu Serrano with a violation of 21 U.S.C. 959 and 963, conspiracy to distribute cocaine, intending to import it into the United States.

The government believes that Bardales Bourdet is deceased, having died in Central America after being indicted. At the moment, defendant Chui Serrano is at large. However, the government believes that Chiu Serrano may yet be available for trial with the defendants

currently in custody.

## ARGUMENT

Federal Rule of Criminal Procedure 14 allows "separate trials of counts ... or ... whatever other relief justice requires" if a court concludes that a joinder of offenses prejudices a defendant. In the present case, defendant Juan Daniel Del Cid Morales is not charged in count one of the indictment. Neither defendant who is charged in count one is in custody, awaiting trial.

Nonetheless, this Court should not decide this issue until the availability of defendant Edgar Antonio Chiu Serrano is more definitively determined.

Respectfully Submitted,

KENNETH A. BLANCO
Chief
Narcotic and Dangerous Drug Section
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20005


BY: _____

      Paul Laymon
      Michael Mota
      Trial Attorneys
      Narcotic and Dangerous Drug Section
      U.S. Department of Justice
      Washington, D.C. 20005