UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JAN 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) 06-248 (JDB) |
| | ) |
| JUAN DOE | ) |
| | ) |

### ORDER

Upon consideration of defendant's Motion to Adopt and Conform Motions (Documents 23, 24, and 25), it is, this 10th day of January, 2007, hereby

ORDERED that the Motion shall be, and hereby is

GRANTED.

_____
JOHN D. BATES
DISTRICT COURT JUDGE