UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 06-248-05 (JDB) |
| | ) | |
| ALVARO AUGUSTIN MEJIA | ) | |
| _____ | ) | |

**DEFENDANT'S MOTION FOR AUTHORIZATION OF PAYMENT
OF INTERIM VOUCHERS FOR INTERPRETER
AND FOR PAYMENT IN EXCESS OF MAXIMUM AMOUNT
AND POINTS AND AUTHORITIES IN SUPPORT**

Defendant, Alvaro Augustin Mejia, through counsel, Elise Haldane, respectfully moves this Court to authorize payment of interim vouchers for interpreter Gladys Segal and for payment in excess of the maximum amount. As grounds for this motion, defendant states:

1. On October 4, 2006, this Court authorized payment of $1,600 to Gladys Segal for translation of attorney-client meetings.

2. Since October of 2006, Ms Segal has attended numerous conferences with the defendant at the Correctional Treatment Facility. The amount initial authorization has been exhausted.

3. The undersigned counsel will require Ms. Segal's services even more frequently in anticipation of Mr. Mejia's trial, which is scheduled to begin on October 1, 2007.

4. 18 U.S.C. § 3006A(e)(3) authorizes excess payment of an interpreter if the services are necessary "to provide fair compensation for services of an unusual character or duration." In this case, the services are of unusual duration, and involve a case in which the defendant speaks no English.

5. For purposes of payment of the interpreter, the defense submits that this case is extended pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv).

WHEREFORE, for the foregoing reasons, the defendant respectfully moves this Court to authorize interim payments and payment in excess of the maximum amount authorized for the services of interpreter Gladys Segal.

Respectfully submitted,

_____/s/_____
Elise Haldane #242826
303 E Street, NE
Washington, DC 20002
202/659-8700

Counsel for Alvaro Augustin
    Mejia