UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 06-248-05 (JDB) |
| | ) | |
| ALVARO AUGUSTIN MEJIA | ) | |
| _____ | ) | |

### ORDER

Upon consideration of defendant's Motion for Authorization of Payment of Interim Voucher for Interpreter and for Payments in Excess of Maximum Amount, it is, this _____ day of July, 2007,

ORDERED that the Motion is hereby granted, and it is

FURTHER ORDERED that this case shall be certified as extended pursuant to 18 U.S.C. § 3161 (h)(8)(B)(ii) and (iv) for purposes of payment of the interpreter and that the interpreter may file interim vouchers for translation services performed in this case.

_____
JOHN D. BATES
DISTRICT COURT JUDGE