UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                              ) | 06-248-05 (JDB) |
| ) | |
| ALVARO AUGUSTIN MEJIA ) | |
| _____) | |

ORDER

Because of the expected length of the proceedings in the above-captioned matter, interpreter Gladys Segal may use the following procedures to obtain interim payments during the course of her interpretive services:

The interpreter may submit to the Office of the Federal Public Defender, each month, an interim CJA Form 21 setting forth an itemization of compensation earned and reimbursable expenses.

The Court will review the interim vouchers when submitted and will authorize compensation to be paid for the approved number of hours, up to a total of $1,600 and for all reimbursable expenses reasonably incurred during the interim period. To the extent that the first interim voucher or any subsequent interim voucher cumulatively seek hourly compensation exceeding the $1,600 CJA per-case ceiling (excluding reimbursement sought for expenses), these vouchers must be approved by both this Court and the Chief Judge of the Circuit before disbursement can be made. One-third of the out-of-court compensation

approved for each voucher shall be withheld until the final accounting. At the conclusion of the representation, the interpreter shall submit a final voucher seeking payment of the one-third balance withheld from the earlier interim vouchers.

After review by the Office of the Federal Public Defender, the Court will review each interim and final voucher and submit each to the Chief Judge of the Circuit for review and approval.


Date _____                          _____
                                              JOHN D. BATES
                                              DISTRICT COURT JUDGE


Date _____                          _____
                                              DOUGLAS H. GINSBURG
                                              CHIEF JUDGE
                                              US COURT OF APPEALS
                                              FOR THE DC CIRCUIT