UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 06-248-04 (JDB) |
| | ) | 06-248-05 (JDB) |
| JUAN DANIEL DEL CID MORALES | ) | |
| | ) | |
| ALVARO AUGUSTIN MEJIA | ) | |
| _____ | ) | |

## ORDER

Upon consideration of defendant Mejia's Consent Motion for Continue Status Hearing and to Set Deadlines, and for good cause shown, it is, this ___ day of August, 2007, hereby

ORDERED that the Motion shall be, and hereby is

GRANTED, and it is

FURTHER ORDERED that the status hearing in these cases shall be rescheduled for the ___ day of September, 2007 at _____ a.m./p.m., and it is

FURTHER ORDERED that counsel for the government and defendant Mejia shall filed proposed voir dire and jury instructions by September 18, 2007.

_____
JOHN D. BATES
DISTRICT COURT JUDGE