UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

ALVARO AUGUSTIN MEJIA,

Defendant.

Criminal Action No. 06-248-05 (JDB)

FILED
OCT 0 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of defendant Mejia's motion for authorization of payment of interim vouchers for interpreter services and for payment in excess of the statutory maximum amount, it is hereby

**ORDERED** that the motion is **GRANTED** subject to the procedures governing payment of interim vouchers set forth herein; it is further

**ORDERED** that authorization for payment of interpreter services in excess of the statutory maximum of $1,600, see 18 U.S.C. § 3006A(e)(3), is hereby certified as warranted based on the unusual duration of the proceedings and the need to provide fair compensation; and it is further

**ORDERED** that the following procedures shall govern interim payments for interpreter services:

1. The interpreter may submit to the Office of the Federal Public Defender, each month, an interim CJA Form 21 setting forth an itemization of compensation earned and reimbursable expenses.

2. The Court will review and act upon the interim vouchers when submitted. To the

extent that the first interim voucher or any subsequent interim voucher cumulatively seeks hourly compensation exceeding the $1,600 CJA per-case ceiling (excluding reimbursement sought for expenses reasonably incurred), these vouchers must be approved by both this Court and the Chief Judge of the Circuit or his delegatee before disbursement can be made. One-fifth of the out-of-court compensation approved for each voucher shall be withheld until the final accounting.

3. At the conclusion of the representation, the interpreter shall submit a final voucher seeking payment of the one-fifth balance withheld from the earlier interim vouchers, as well as payment for services provided during the final interim period. After review by the Office of the Federal Public Defender, the voucher must be approved by both this Court and the Chief Judge of the Circuit or his delegatee before disbursement can be made.

Date: July 9, 2007

John D. Bates
United States District Judge

Date: Oct. 1, 2007

Janice Rogers Brown
Judge, United States Court of Appeals
for the District of Columbia Circuit