UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | | |
|---|---|---|
| UNITED STATES | * | |
| v. | * | Criminal No. 06-248 (JDB) |
| ERIK DONAIRE CONSTANZA- BRAN<br>JUAN DEL CID MORALES<br>AGUSTIN ALVARO MEJIA | *<br><br>* | |

MOTION FOR BRUTON HEARING AND MOTION TO CONSOLIDATE

Comes the United States through Kenneth A. Blanco, Chief, Narcotic and Dangerous Drug Section, Department of Justice, and Paul W. Laymon, Kia Habisreitinger, and Brian Tomney, Trial Attorneys, Narcotic and Dangerous Drug Section, and moves the court pursuant to Rules 8 and 12, Fed.R.Crim.P., to consolidate for trial the cases involving defendants Del Cid Morales and Mejia. If the defendant Constanza Bran becomes available for a joint trial with his codefendants, the government moves to join all three defendants for trial.

The government had previously moved for separate trials for the three defendants, citing a concern that each of the three had confessed, or given incriminating statements, and that each defendant had implicated the other two defendants in these statements. The court granted this motion and set a separate trial date for each defendant. The government has reconsidered the possibility of redacting the statements made by each defendant and now believes that it is possible to try all defendants together without violating *Bruton v. United States*, 391 U.S. 123, 137 (1968). Further, joinder would appear to be in the interests of judicial economy (one more three week trial instead of two more) and would conserve government resources.

Accordingly, the United States moves the court to set a *Bruton* hearing and to consolidate and join all defendants for trial together.

                                                      Respectfully submitted,

_____
Paul W. Laymon
Trial Attorney
Narcotic and Dangerous Drugs
Department of Justice
1400 New York Avenue NW
Washington, DC 20005
Phone    202-514-1286
Facsimile  202-514-1483

## CERTIFICATE OF SERVICE

I certify that a copy of this response was sent via e-mail to defense counsel 8 October 07.

_____
Paul W. Laymon