NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                                                 Criminal Number  06-248 (JDB)

ALVARO AUGUSTIN MEJIA
(Defendant)

TO:    NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

[■] CJA            [ ] RETAINED            [ ] FEDERAL PUBLIC DEFENDER

_Carmen D. Hernandez_
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Carmen D. Hernandez (MD 03366)
(Attorney & Bar ID Number)

Law Offices of Carmen D. Hernandez
(Firm Name)

717 D Street NW # 310
(Street Address)

Washington, DC 20004
(City)          (State)          (Zip)

202-628-0090 or 240-472-3391
(Telephone Number)