# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                              Criminal Action 06-248

**ALVARO MEJIA**

**FILED**

MAR 0 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Defendant**

## Jury Note

We have a verdict

_03/05/08_
DATE                                            FOREPERSON

_3:50 pm EST_
TIME