UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

ALVARO AUGUSTIN MEJIA,

Defendant.

Criminal Action No. 06-248 (JDB)

**FILED**
MAR 0 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

**VERDICT**

With respect to the offense of conspiracy to import five kilograms or more of a mixture and substance containing a detectable amount of cocaine into the United States or to manufacture or distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, intending or knowing that such cocaine would be unlawfully imported into the United States, we the jury find the defendant

____✓____ Guilty                    _____ Not Guilty


3/05/2008
DATE

_____
FOREPERSON