UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 06-Cr-0248 (JDB) |
| | : | |
| ALVARO AUGUSTIN MEJIA, | : | |
| Defendant | : | |
| | ***** | |

## DEFENDANT MEJIA'S MOTION TO EXTEND TIME TO FILE REPLY TO GOVERNMENT'S RESPONSE TO HIS MOTION FOR NEW TRIAL

Alvaro Augustin Mejia, defendant, by undersigned counsel, hereby respectfully requests a two-day extension of time to file his Reply to the Government's Response to his Motion for New Trial due to the fact that during the past two days her Maryland office was without electrical power caused by severe storm damage, regaining power late on June 5, 2008. This made it impossible to complete the Reply in a timely fashion because electronic documents, including notes, transcripts and the draft reply, essential to its preparation could not be accessed.

Respectfully submitted,

/s/ Carmen D. Hernandez

Carmen D. Hernandez, Esquire
P.O. Box 70
Highland, MD 20777
(202) 628-0090; (202) 628-2881 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing MOTION TO EXTEND TIME was served on counsel of record via electronic filing this 6th day of June, 2008.

/s/ Carmen D. Hernandez

Carmen D. Hernandez, Esquire