UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 06-Cr-0248 (JDB) |
| | : | |
| **ALVARO AUGUSTIN MEJIA,** | : | |
| Defendant | : | |

*****

**ORDER**

Upon consideration of Defendant Mejia's Motion for a two-day request for extension of time to file a Reply to the Government's Response to His Motion for a New Trial, good cause having been shown, it is this _____ day of June, 2008,

**ORDERED:**

1) that the Motion for Extension of Time be, and the same hereby, is **GRANTED.**

**HONORABLE JOHN D. BATES**
**UNITED STATES DISTRICT COURT**