UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Case No. 06-Cr-0248 (JDB)** |
| | : | |
| **ALVARO AUGUSTIN MEJIA,** | : | |
| Defendant | : | |

*****

**DEFENDANT MEJIA'S JOINT MOTION TO CONTINUE SENTENCING**

Alvaro Augusin Mejia, defendant, by undersigned counsel, hereby respectfully requests that this Honorable Court continue the sentencing in his case, currently scheduled for July 11, 2008. The government has authorized me to state to the Court that it joins in this request.

1. Counsel require additional time to prepare adequately for sentencing.

2. Due to trial and other scheduled commitments of counsel, the parties respectfully request that the Court reset the sentencing for a date after September 15, 2008.

3. Neither the government nor the defendant, who is presently incarcerated and is facing further imprisonment, will be prejudiced as a result of this requested continuance.

**WHEREFORE**, Mr. Mejia, joined by the Government, respectfully requests that this Honorable Court continue the sentencing to a date after September 15, 2008.

Respectfully submitted,

/s/ Carmen D. Hernandez

Carmen D. Hernandez, Esquire
717 D Street, NW, Suite 310
Washington, DC 20004
(202) 628-0090; (202) 628-2881 (fax)

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that a copy of the foregoing **ALVARO AUGUSTIN MEJIA'S JOINT MOTION TO CONTINUE SENTENCING** was sent via electronic filing this 27th day of June, 2008 to the parties.

/s/ Carmen D. Hernandez

Carmen D. Hernandez, Esquire