UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 06-Cr-0248 (JDB) |
| | : | |
| **ALVARO AUGUSTIN MEJIA,** | : | |
| Defendant | : | |

\*\*\*\*\*

**ORDER**

Upon consideration of the Defendant Mejia's Joint Motion to Continue Sentencing, good cause having been shown, it is this _____ day of _____, 2008, by the United States District Court for the District of Columbia:

**ORDERED:**

1) that the Joint Motion to Continue Sentencing be, and the same hereby is, **GRANTED**;

2) that the Sentencing of Alvaro Augustin Mejia be, and the same hereby is **RESCHEDULED** to the _____ day of _____, 2008 at _____.

_____
**HONORABLE JOHN D. BATES**
**UNITED STATES DISTRICT JUDGE**